1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11  SUNG CHOI,                              **Case No.: CV 20-7365-GW-PDx**
                                            Hon. George H. Wu
12              Plaintiff,
                                            **ORDER GRANTING STIPULATION**
13                                          **FOR DISMISSAL OF THE ENTIRE**
         vs.                                **ACTION**
14

15  JOHN J. AZIZIAN, AS TRUSTEE OF
    THE JOHN J. AZIZIAN
16  REVOCABLE TRUST; and DOES 1-
17  10,

18              Defendants.

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

1 | Based on the stipulation of the parties and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

7 | SO ORDERED.

DATED: November 19, 2020    _____
HON. GEORGE H. WU,
United States District Judge